**DISMISS; and Opinion Filed April 18, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00415-CV**

**IN RE CURTIS LEE SHEPPARD, JR., Relator**

**On Appeal from the 78th District Court**
**Wichita County, Texas**
**Trial Court Cause No. 48,429-B**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Before the Court is relator's petition for habeas corpus complaining that this Court erred in affirming his conviction.[1] The facts and issues are well known to the parties, so we need not recount them herein. This Court has no jurisdiction over habeas corpus proceedings in which the relator seeks relief from a felony judgment after final conviction. *See* TEX. CODE CRIM. PROC. ANN. Art. 11.07 (West Supp. 2012). Accordingly, we **DISMISS** relator's petition for a writ of habeas corpus for want of jurisdiction.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

130415F.P05

---

[1] This Court does not normally have jurisdiction over Wichita County. However, on direct appeal, the Second Court of Appeals was recused from this case and transferred the case pursuant to Order of the Supreme Court of Texas, dated June 29, 2011, Misc. Docket No. 11-9122.